# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

B17040072

| | | |
|---|---|---|
| IN RE: | ] | CASE NO. 17-11283 |
| | ] | CHAPTER 13 |
| Laketha Everett; | ] | JUDGE Pamela S. Hollis |
| | ] | |
| Debtor(s). | ] | |

**AGREED ORDER CONDITIONING THE AUTOMATIC STAY**

On the motion of Fifth Third Mortgage Company, secured creditor herein, for the entry of an order modifying the automatic stay to permit it to foreclose its mortgage on said real estate:

IT IS HEREBY ORDERED that the automatic stay in this case, as it applies to the interest of Fifth Third Mortgage Company, its successors and/or assignees in the real property, commonly known as 1704 Aaron Lane, Joliet, Illinois 60431, shall continue in effect under the following conditions:

1. The debtor(s) shall make timely post-petition mortgage payments as per the terms of the security agreements, commencing with the May 1, 2018 payment.

2. If debtor(s) fall(s) two (2) months in default on any payment, as referred to in paragraph 1, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default. In the event Debtor becomes delinquent after two (2) notices of default, then upon the third default the Automatic Stay shall terminate as to the Movant without further recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the property commonly known as 1704 Aaron Lane, Joliet, Illinois 60431. Movant shall file a Notice of Termination of Debtor and Co-Debtor Stay with the Court in the event the stay is terminated pursuant to this paragraph.

3. In the event of a default, the Debtor(s) shall tender the required funds along with a $50.00 service fee, payable to Fifth Third Mortgage Company, to the offices of Anselmo Lindberg & Associates LLC at the address below. The payment must be made in the form of a certified check, money order, or cashier's check. The $50.00 service fee will be collectible

against the Debtor(s), payable to either Creditor or its counsel pursuant to the terms of the notice regarding the default. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor(s) fail to cure.

DATED: APR 19 2018

ENTER:

_____
Bankruptcy Judge

/s/ Nisha B. Parikh
Attorney for Creditor

/s/ Jason Cotey
Attorney for Debtor(s)

ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
B17040072
Bankruptcy@AnselmoLindberg.com
**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**